IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GERALD ROSS PIZZUTO, JR., | ) | |
| | ) | Case No. CV 05-516-S-BLW |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **CAPITAL CASE** |
| | ) | |
| JOHN HARDISON, Warden, | ) | **ORDER** |
| Idaho Maximum Security Institution, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pending before the Court in this successive capital habeas matter is Respondent's Motion to Vacate Order Staying Habeas Case. (Docket No. 14.) Because Petitioner's appeal in Idaho Supreme Court Case No. 32679 is now final, the Court will grant Respondent's Motion and lift the stay in the federal case.

In reaching this conclusion, the Court is not persuaded by Petitioner's argument that the stay should remain in effect pending the completion of proceedings in the Idaho Supreme Court on remand from the United States Supreme Court, apparently so that the state court can reconsider whether the rule announced in *Ring v. Arizona*, 536 U.S. 584 (2002), should be applied retroactively under state law. Regardless of what the state court eventually decides on that issue, it is clear that relief cannot be granted in *federal* court on the *Ring* claim.

**ORDER - 1**

*See Pizzuto v. Arave*, 386 F.2d 938, 939 (9th Cir. 2004) (holding that the claim is *Teague*-barred).  The mere possibility that Petitioner might still receive sentencing relief in state court, perhaps rendering the present action moot, is too speculative at this juncture to support his request for additional delay.

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Respondent's Motion to Vacate Order Staying Habeas Case is GRANTED.  (Docket No. 14.)  The stay is lifted.

IT IS FURTHER ORDERED that within 30 days of the date of this Order, Respondent shall file an answer to the Successive Petition in accordance with Rule 5 of the Rules Governing Section 2254 Cases.  Together with his answer, Respondent shall file an appropriate dispositive motion and shall brief the *Atkins* claim on the merits in addition to any procedural defenses raised in the answer. Petitioner shall file a response within 30 days of receiving a motion.  Respondent may file a reply within 14 days of receiving a response.

DATED:  **May 16, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**ORDER - 2**