UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GERALD ROSS PIZZUTO, JR., <br><br> Petitioner, <br><br> v. <br><br> RANDY BLADES, Warden, Idaho Maximum Security Institution, <br><br> Respondent. | Case No. 1:05-cv-00516-BLW <br><br> **CAPITAL CASE** <br><br> **ORDER APPOINTING CLEMENCY COUNSEL** |

**IT IS ORDERED:**

1. Petitioner's Application to Proceed in Forma Pauperis (Dkt. 299) is GRANTED.

2. Pursuant to 18 U.S.C. § 3599(e), Petitioner's Application for Appointment of Clemency Counsel (Dkt. 298) is GRANTED. The Capital Habeas Unit of the Federal Defender Services of Idaho is hereby appointed as counsel for Petitioner in state clemency proceedings. *See Harbison v. Bell*, 556 U.S. 180, 194 (2009).

DATED: July 31, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge