FILED

JAN 6 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GERALD ROSS PIZZUTO, Jr., <br><br> Petitioner-Appellant, <br><br> v. <br><br> KEITH YORDY, Warden, Idaho Maximum Security Institution, <br><br> Respondent-Appellee. | No. 16-36082 <br><br> D.C. No. 1:05-cv-00516-BLW <br> District of Idaho, <br> Boise <br><br> ORDER |

Before: FISHER, GOULD and RAWLINSON, Circuit Judges.

Appellee's motion for stay of the issuance of the mandate pending application for writ of certiorari, filed December 31, 2019 (Dkt. 73), is granted. Fed. R. App. P. 41(b).

The mandate is stayed for a period not to exceed 90 days pending the filing of the petition for writ of certiorari in the Supreme Court. Should appellee file for a writ of certiorari, the stay shall continue until final disposition by the Supreme Court.