# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 4, 2020

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Gerald Ross Pizzuto, Jr.
            v. Keith Yordy, Warden
           No. 19-8598
           (Your No. 16-36082)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on May 28, 2020 and placed on the docket June 4, 2020 as No. 19-8598.

                             Sincerely,

                             **Scott S. Harris**, Clerk

                             by

                             Redmond K. Barnes
                             Case Analyst